UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DUANE MICHAEL WOOD,

    Petitioner,

v.                                Case No.   2:25-cv-392-JLB-KCD

WARDEN, LEE COUNTY JAIL,

    Respondent.
_____/

## ORDER OF DISMISSAL

    This cause is before the Court on consideration of a pleading filed by Duane Michael Wood, a pretrial detainee at the Lee County Jail. (Doc. 1.) In the pleading—which is styled as a letter to the Clerk's Office, Petitioner asserts that he is innocent, complains about the conditions at the Jail, and appears to seek release. (Doc. 1.) He attached several documents to the letter that allegedly prove his innocence. (Id. at 2–11.) Because Petitioner asserts that he is in fear for his safety, the Clerk alerted Jail officials of his concerns. (Doc. 2.)

    If Petitioner intended to file a petition for writ of habeas corpus under 28 U.S.C. § 2241, Rule 2(d) of the Rules Governing Section 2254 Cases in the United States District Courts requires that a habeas petition "substantially follow either the form appended to [the] rules or a form prescribed by a local district-court rule."[1] Petitioner's handwritten letters do not comply with Rule 2(d).

---

[1] The Rules Governing Section 2254 cases may also be applied to habeas-corpus actions filed under section 2241. See Rule 1(b), Rules Governing Section 2254 Cases.

The Court thus dismisses this case without prejudice. Because the dismissal is without prejudice, Plaintiff may pursue a new case by filing a proper habeas petition on the form provided with this order—not using this case number—and include the filing fee or motion to proceed *in forma pauperis*.

Accordingly, it is **ORDERED:**

1. This case is **DISMISSED without prejudice.**

2. The **Clerk** shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close the file. Plaintiff is not assessed a filing fee for this action.

3. The **Clerk** shall send Plaintiff a blank Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 and an application to proceed *in forma pauperis* (prisoner habeas filings). If Plaintiff chooses to refile his petition, he may complete and submit the appropriate forms. Plaintiff should not place this case number on the forms because this case will be closed. The Clerk will assign a separate case number if Plaintiff elects to refile his petition.

**DONE AND ORDERED** in Fort Myers, Florida on May 23, 2025.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE

Copies:   Duane Michael Wood
Encl:     28 U.S.C. § 2241 forms